**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**501 W. 10th STREET**
**FORT WORTH, TEXAS 76102**

**REED O'CONNOR** **817/850-6788 Chambers**
**U.S. District Judge** **817/850-6787 Facsimile**

October 13, 2025

Karen Mitchell
Clerk of Court
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, TX 75242

Re: 4:25-cv-1077-O

Dear Ms. Mitchell:

I hereby recuse myself from the above numbered case. Please see that it is assigned to another judge per the usual procedure.

Sincerely,

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE